Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 440
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)
EMAIL: jeffrey.galen@galendavislaw.com

Attorney for Plaintiff, Synnex Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THERA MARIE FREEMAN, an individual; also known as THERA MARIE SARTORIS, an individual; DAVID FREEMAN, an individual; individually & collectively doing business as PRIORITY COMPUTER SYSTEMS; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv01606-NC<br><br>[~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE |

The Court, having considered Plaintiff, Synnex Corporation's request to continue the

Case Management Conference currently scheduled for November 12, 2014, at 10:00 a.m. in

Courtroom A good cause appearing, the Court hereby grants the request that the Case

Management Conference is continued to:_____January 7, 2014 at 10:00 a.m.

I

**IT IS SO ORDERED:**

Dated this _5_ day of <u>November</u>, 2014.



HON<del>ORAL</del>_____NS
UNITED S
UNITED ST
NORTHERN

GRANTED

Judge Nathanael M. Cousins