# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THERA MARIE FREEMAN, an individual; also known as THERA MARIE SARTORIS, an individual; individually & collectively doing business as PRIORITY COMPUTER SYSTEMS; and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 14-cv-01606 NC<br><br>**ORDER RE: BANKRUPTCY STAY**<br><br>Re: Dkt. No. 49 |

It appearing from the Notice of Bankruptcy filed on January 26, 2015, Dkt. No. 49, that defendant Thera Marie Freeman, also known as Thera Marie Sartoris, has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

IT IS SO ORDERED.

Date: January 28, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge